JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 284 -- IN RE THE PRACTICE OF NATUROPATHY LITIGATION

Page 1

| Date | No. Code | |
|---|---|---|
| 12/6/76 | 1 | MOTION, BRIEF, LIST OF CASES -- THE IDAHO ASSOCIATION OF NATUROPATHIC PHYSICIANS, INC., ET AL. SUGGESTED DISTRICT -- DISTRICT OF IDAHO SUGGESTED JUDGE -- MARION J. CALLISTER |
| 12/6/76 | 2 | RESPONSE -- STATE OF NEVADA, NEVADA STATE BOARD OF MEDICAL EXAMINERS AND NEVADA STATE BOARD OF PHARMACY w/cert of service |
| 12/6/76 | 3 | RESPONSE -- STATE OF TEXAS, TEXAS STATE BOARD OF MEDICAL EXAMINERS, AND TEXAS STATE BOARD OF PHARMACY |
| 12/6/76 | 4 | RESPONSE -- STATE OF UTAH, UTAH COUNTY, THE UTAH STATE BOARD OF PHARMACY, THE UTAH STATE BOARD OF MEDICAL EXAMINERS AND THE DEPARTMENT OF BUSINESS REGULATION |
| 12/6/76 | 5 | RESPONSE -- KING COUNTY, STATE OF WASHINGTON |
| 12/6/76 | 6 | RESPONSE -- COUNTY OF POTTER, TEXAS, COUNTY JUDGE, BRANCH T. ARCHER, THAD ANSLEY, ROBERT S. HICKS, DEAN WEBB AND TOM BURSEY THE COMMISSIONERS COURT OF POTTER COUNTY |
| 12/6/76 | 7 | RESPONSE -- STATE OF GEORGIA, GEORGIA STATE BOARD OF PHARMACY, THE COMPOSITE STATE BOARD OF MEDICAL EXAMINERS OF THE STATE OF GEORGIA w/cert. of service |
| 12/6/76 | 8 | RESPONSE -- STATE OF SOUTH CAROLINA, LEXINGTON COUNTY, THE SOUTH CAROLINA STATE BOARD OF MEDICAL EXAMINERS AND THE SOUTH CAROLINA STATE BOARD OF PHARMACEUTICAL EXAMINERS w/cert. of service |
| 12/6/76 | 9 | RESPONSE -- STATE OF WASHINGTON, WASHINGTON STATE BOARD OF PHARMACY AND WASHINGTON STATE DIVISION OF PROFESSIONAL LICENSING w/cert of service |
| 12/6/76 | 10 | RESPONSE -- STATE OF GEORGIA, GEORGIA STATE BOARD OF PHARMACY AND THE COMPOSITE STATE BOARD OF MEDICAL EXAMINERS w/cert. of service |
| 12/6/76 | 11 | RESPONSE -- STATE OF MISSOURI, MISSOURI BOARD OF REGISTRATION FOR THE HEALING ARTS AND MISSOURI BOARD OF PHARMACY |
| 12/6/76 | 12 | RESPONSE -- SNOHOMISH COUNTY, STATE OF WASHINGTON w/cert. of service |
| 12/6/76 | 13 | RESPONSE -- COUNTY OF DALLAS, JOHN WHITTINGTON, JIM JACKSON, DAVID PICKETT, JIM TYSON, AND ROY ORR, COMMISSIONERS COURT OF DALLAS COUNTY |
| 12/6/76 | 14 | RESPONSE -- STATE OF MINNESOTA, MINNESOTA BOARD OF PHARMACY AND MINNESOTA BOARD OF MEDICAL EXAMINERS w/cert. of service |
| 12/6/76 | 15 | RESPONSE -- STATE OF MARYLAND, MARYLAND STATE BOARD OF PHARMACY, THE MARYLAND DEPARTMENT OF LICENSING AND REGULATION w/cert. of service |
| 12/6/76 | 16 | RESPONSE -- STATE OF CALIFORNIA BOARD OF PHARMACY OF THE STATE OF CALIF. AND BOARD OF MEDICAL QUALITY ASSURANCE OF THE STATE OF CALIF. w/cert. of service |
| 12/6/76 | 17 | RESPONSE -- MICHIGAN DEPARTMENT OF LICENSING AND REGULATION AND MICHIGAN STATE BOARD OF PHARMACY w/cert. of service |

(See Page 2)

JPML FORM 1A - Continuation   DOCKET ENTRIES -- p. 2

DOCKET NO. 284 -- IN RE THE PRACTICE OF NATUROPATHY LITIGATION

| Date | No. Code | |
|---|---|---|
| 12/6/76 | 18 | RESPONSE --COMMONWEALTH OF PEANNSYLVANIA., PA. STATE BOARD OF MEDICAL EDUCATION AND LICENSURE, PA. STATE BOARD OF PHARMACY w/cert. of service |
| 12/6/76 | 19 | RESPONSE -- STATE OF MASSACHUSETTS, BOARD OF REGISTRATION AND DISCIPLINE IN MEDICINE, DEPT. OF PUBLIC HEALTH AND BOARD OF REGISTRATION IN PHARMACY w/cert of service |
| 12/6/76 | | MOVANT'S SUPPLEMENTARY CERTIFICATE OF SERVICE -- The certificate of service complies with RPJPML, Rule 5 enabling the filing of motion, brief and all responses today. Mailed notice to counsel w/ appearance form |
| 12/8/76 | 20 | RESPONSE -- THE MISSISSIPPI DEFENDANTS w/cert. of service |
| 12/9/76 | 21 | RESPONSE -- STATE OF WYOMING, WYOMING STATE BOARD OF PHARMACY THE WYOMING DEPT. OF HEALTH AND SOCIAL SERVICES w/cert. of service |
| 12/13/76 | 22 | RESPONSE -- KING COUNTY, STATE OF WASHINGTON |
| 12/15/76 | 23 | RESPONSE -- BALTIMORE COUNTY, MARYLAND |
| 12/15/76 | 24 | RESPONSE -- STATE OF CONNECTICUT, FAIRFIELD COUNTY, CONNECTICUT COMMISSION OF PHARMACY, THE CONNECTICUT MEDICAL EXAMINING BOARD AND THE CONNECTICUT HEALTH DEPT. |
| 12/16/76 | | APPEARANCES -- Stanley D. Crow for Idaho Assn. of Naturopathic Physicians, Inc., et al. |
| | | Lewis Wise for U. S. Food & Drug Admin., U. S. Dpt. of Health, Education & Welfare; David Mathews, as Sec. of the Dpt. of Health, Eduction & Welfare and the United States of America |
| | | Joseph K. Donohue for State of Alaska, Board of Pharmacy State Medical Board and the Dpt. of Health & Social Svcs |
| | | Donald A. Goldman for State of California, Board of Pharmacy, Board of Medical Quality Assurance |
| | | Robert M. Wash for County of Fresno |
| | | Daniel D. Mikesell, Jr. for County of Los Angeles |
| | | Robert C. Rice for County of San Diego |
| | | Mark A. Zirbel for County of Ventura |
| | | Gary B. Blum for State of Colorado, Colorado State Board of Medical Examiners, Colorado State Board of Pharmacy and Counties of Arapahoe and Boulder |
| | | Robert E. Walsh for State of Connecticut, Fairfield County, Connecticut Commission of Pharmacy, Connecticut Medical Examining Board, Connecticut Health Department |
| | | Betty Steffens for State of Florida and Florida State Board of Naturopathic Examiners |
| | | Michael I. Schwartz for Florida Board of Pharmacy and Florida State Board of Medical Examiners |
| | | Melvin M. Goldstein for Georgia State Board of Pharmacy, Composite State Board of Medical Examiners, and the State of Georgia |
| | | Lynn E. Thomas for State of Idaho, Idaho State Board of Pharmacy, Idaho State Board of Medicine, Counties of Adam, Kootenai, Bonner, Twin Falls, Cassia, Bonneville, Bannock, Canyon, Shoshone & Bingham, Idaho State Dept. of Health and Welfare. |

```
JPML FORM 1A - Continuation                    DOCKET ENTRIES -- p.  3

DOCKET NO.  284  --  IN RE THE PRACTICE OF NATUROPATHY LITIGATION
```

| Date | No. Code | |
|---|---|---|
| 12/16/76 | | APPEARANCES -- Paul Walter for State of Maryland, Maryland State Board of Pharmacy, Maryland Dept. of Health & Mental Hygiene and Maryland Dept. of Licensing & Regulation |
| | | Glen A. Glass for State of Missouri, Missouri Board of Registration for the Healing Arts, Missouri Board of Pharmacy |
| | | Russell D. Jacobson for Jackson County, Missouri |
| | | William E. Isaeff for State of Nevada, Nevada State Board of Medical Examiners and Nevada State Board of Pharmacy |
| | | Isaac T. Avery, III for State of North Carolina |
| | | William R. Pope for Iredell County, N.C. |
| | | P. Eugene Price, Jr. for Forsyth County, N.C. |
| | | W. Harley Stepp, Jr. for Henderson County, N.C. |
| | | Kenneth Wooten, Jr. for N.C. Board of Pharmacy |
| | | John H. Anderson for N.C. State Board of Medical Examiners |
| | | Paul Mark Sandler for Baltimore County, Md. |
| | | Garrick F. Cole for Commonwealth of Massachusetts, Board of Registration & Discipline in Medicine, Dept. of Public Health and Board of Registration in Pharmacy |
| | | Robert S. Welliver, for State of Michigan, Michigan Dept. of Licensing & Regulation, Michigan State Board of Pharmacy, Monroe County |
| | | John A. Breviu for State of Minnesota, Minnesota Board of Pharmacy and Minnesota Board of Medical Examiners |
| | | Thomas E. Childs, Jr. for State of Mississippi, Mississippi State Board of Health, Bureau of Licensure and Certification and Counties of Jones and Jasper |
| | | Melvin R. Shuster for Commonwealth of Pennsylvania, State Board of Pharmacy and State Board of Medical Education and Licensure |
| | | Kenneth L. Childs for State of South Carolina, Lexington County, S. C. State Board of Medical Examiners, S.C. State Board of Pharmaceutical Examiners |
| | | Frank J. Scanlon for State of Tennessee, Tennessee Board of Medical Examiners, Tennessee Board of Pharmacy |
| | | Bill Campbell for State of Texas, Texas State Board of Medical Examiners, Texas State Board of Pharmacy |
| | | William H. Pool, Dallas County, County Judge John Whittington and County Commissioners Jim Jackson, David Pickett, Jim Tyson and Roy Orr |
| | | Joseph P. McCarthy for State of Utah, Utah County, Utah State Board of Medical Examiners, Dept. of Business Regulation, State Division of Health, Utah State Board of Pharmacy |
| | | John H. Keith for State of Washington, Washington Board of Pharmacy, Professional Licensing Division of the Business & Professions Administration |
| | | (continued) |

| Date | No. Code | |
|------|----------|---|
| 12/16/76 | | APPERANCES -- Thomas A. Goeltz for King County, Washington |
| | | Garald A. Gesinger for Spokane County, Washington |
| | | R. A. Monaghan for Clark County, Washington |
| | | Eugene Butler for Snohomish County, Washington |
| | | William H. Wilker for State of Wisconsin, Wisconsin State Board of Pharmacy, Medical Examining Board of Wisconsin |
| | | Charles J. Carroll for State of Wyoming, Wyoming State Board of Pharmacy, Wyoming State Board of Medical Examiners and Wyoming Dept. of Health & Social Svcs. |
| 12/20/76 | | ~~RESPONSE~~ |
| 12/20/76 | 25 | RESPONSE -- IDAHO DEFENDANTS w/cert. of service |
| 12/20/76 | | REQUEST FOR EXTENSION OF TIME -- ALLEGHENY CO. (PA)-- GRANTED TO Jan 3, 1977 Only to Allegheny County. |
| 12/21/76 | | ~~APPEARANCES -- A. E. TESCHE, ESQ. for Municipality of Anchorage, Alaska BRUCE M. BOTELHO, ESQ. for State of Alaska, Alaska State Board of Pharmacy, Alaska State Med Board and Alaska Dept. of Health and Services AMY N. DEAN, ESQUIRE for Dade County Florida Defendants JOHN~~ |
| 12/21/76 | | APPEARANCES |
| | | A. E. TESCHE, ESQ. for Municipality of Anchorage, Alaska |
| | | BRUCE M. BOTELHO, ESQ. for State of Alaska, Alaska State Board of Pharmacy, Alaska State Medical Board and Alaska Dept. of Health and Social Services |
| | | AMY N. DEAN, ESQUIRE for Dade County Florida Defendants |
| | | JOHN F. HUNNICUTT, ESQ. FOR John F. Hunnicutt |
| | | SAMUEL C. KISER, ESQ. for County of Potter, Texas, County Judge Branch T. Archer, Commissioners Thad Ansley, Robert S. Hicks, Dean Webb and Tom Bursey |
| | | JOSEPH P. MCCARTHY, ESQ. for Utah County, State of Utah |
| | | WILLIAM E. ISAEFF, ESQ. for State of Nevada, State Board of Medical Examiners, State Board of Pharmacy |
| | | TIMOTHY D. NORWOOD, ESQ. for State of Oregon, Oregon State Board of Pharmacy, Oregon State Board of Medical Examiners and Oregon Naturopathi of Examiners |
| | | FRANK P. TUPLIN, ESQUIRE for Allegneny County, Pa. |
| | | STANLEY D. CROW, ESQ. for the Idaho Assoc. of Naturopathic Physicians Inc., et al. |
| | | THOMAS E. CHILDS, JR., ESQUIRE For State of Mississippi, Mississippi State Board of Pharmacy, Mississipi State Board of Health, Bureau of Licensure & Certification Jones County, Mississipi, and Jasper County Mississippi |
| | | RUFUS L. EDMISTEN, ESQ. For State of North Carolina |
| | | DONALD F. HERRON, ESQ. FOR Pierce County, Washington |
| | | RUSSELL D. JACOBSON, ESQ. for Jackson County, Missouri |
| 12/21/76 | | HEARING ORDER -- Setting A-1 through A-30 for hearing Jan 28, 1977, Miami, Florida |

```
JPML FORM 1A - Continuation                    DOCKET ENTRIES --  p.   5
```

DOCKET NO. 284 -- IN RE THE PRACTICE OF NATUROPATHY LITIGATION

| Date | No. Code | |
|---|---|---|
| 12/21/76 | 26 | RESPONSE -- FEDERAL DEFENDANTS |
| 12/22/76 | 27 | RESPONSE -- STATE OF COLORADO, COLORADO ST. BD. OF PHARMACY COLORADO ST. BOARD OF MEDICAL EXAMINERS AND COUNTIES OF ARAPAHOE AND BOLDER |
| 12/22/76 | 28 | SUPPLEMENTAL RESPONSE -- SNOHOMISH COUNTY, WASH. |
| 12/22/76 | 29 | RESPONSE -- NORTH CAROLINA, N. C. BOARD OF PHARMACY AND N. C. STATE BOARD OF MEDICAL EXAMINERS AND IREDELL, FORSYTHE AND HENDERSON COUNTIES |
| 12/27/76 | 30 | RESPONSE -- OREGON STATE, BD. OF PHARMACY, BD OF MEDICAL EXAMINERS w/cert. of service |
| 12/27/76 | 31 | RESPONSE -- STATE OF MONTANA, BD. OF MEDICAL EXAMINERS, DEPT. OF HEALTH AND ENVIORNMENTAL SCIENCE w/cert. of service |
| 12/27/76 | 32 | RESPONSE -- STATE OF TENNESSEE, BD. OF MEDICAL EXAMINERS, BD. OF PHARMACY w/cert. of service |
| 12/27/76 | 33 | RESPONSE -- ARIZONA, PIMA, MARICOPA, YAVAPIA AND YUMA COUNTIES, STATE BOARD OF PHARMACY, STATE BOARD OF MEDICAL EXAMINERS |
| 12/27/76 | 34 | RESPONSE -- ALLEGHENY COUNTY, PA. |
| 12/27/76 | 35 | RESPONSE -- FLORIDA, FLORIDA ST. BOARD OF NATUROPATHIC EXAMINERS W/CERT. OF SERVICE |
| 12/28/76 | | APPEARANCES<br>GEORGE M. JOSEPH, ESQ. for MULTNOMAH COUNTY<br>ANTON F. SOLMS, JR. FOR CHATHAM COUNTY, GA<br>BRUCE E. BABBITT for ALL ARIZONA STATE DEFENDANTS<br>JON P. POSTON FOR STATE OF MONTANA, MONTANA BD. OF MEDICAL EXAMINERS<br>MONTANA DEPT. OF HEALTH AND ENVIRONMENTAL SCIENCES |
| 12/28/76 | | CERTIFICATE OF SERVICE FOR RESPONSE NO. 13 |
| 1/3/77 | 36 | RESPONSE -- DADE COUNTY, STATE OF FLORIDA, AND THE FLORIDA BOARD OF NATUROPATHIC EXAMINERS w/cert. of service |
| 1/3/77 | 37 | RESPONSE -- STATE OF FLORIDA, FLORIDA STATE BOARD OF NATUROPATHIC EXAMINERS w/cert. of service. |
| 1/3/77 | 38 | RESPONSE -- STATE OF ALASKA, ALASKA STATE BOARD OF PHARMACY, STATE MEDICAL BOARD OF THE STATE OF ALASKA, AND THE ALASKA DEPT. OF HEALTH AND SOCIAL SERVICES w/cert. of service. |
| 1/4/77 | | APPEARANCE -- EMANUEL M. KAY for STATE OF NEW YORK, N.Y. BOARD OF PHARMACY, N.Y. BOARD OF EXAMINERS FOR MEDICINE & N.Y. DEPT. OF HEALTH<br>HOWARD C. MARDEROSIAN FOR MICHIGAN, DEPT. OF LICENSING AND REGULATION AND BOARD OF PHARMACY |
| 1/7/77 | 39 | RESPONSE -- The State of New York, The New York State Board of Examiners for Medicare and the New York State Dept. of Health w/cert. of service. |
| 1/24/77 | | MOVANTS AMENDED CERTIFICATE OF SERVICE |
| 1/25/77 | | APPEARANCE -- Kenneth P. H. Nam, Esq. for State of Hawaii, Hawaii State Board of Medical Examiners, Hawaii State Board of Examiners in Naturopathy |
| ~~1/25/77~~ | ~~40~~ | ~~RESPONSE -- HAWAII~~ |

JPML FORM 1A - Continuation                        DOCKET ENTRIES -- p. 6

DOCKET NO. 284 --

| Date | No. Code | |
|---|---|---|
| 1/25/77 | 40 | RESPONSE -- STATE OF HAWAII, HAWAII STATE BOARD OF PHARMACY HAWAII STATE BOARD OF MEDICAL EXAMINERS, HAWAII STATE BOARD OF EXAMINERS IN NATRUOPATHY w/cert. of service |
| 1/25/77 | | WAIVER OF ORAL ARGUMENT -- defendants Snohomish County, Washington; Pierce County; Commonwealth of Pa., Penn. State Board of Pharmacy and Penn. State Board of Medical Education & Licensure; King County, Washington; Michigan Dept. of Licensing and Regulation, Board of Pharmacy; County of Hennepin; Allegheny County; State of Wisconsin, the Wisconsin State Board of Pharmacy, and the Medical Examining Board of Wisconsin. w/cert. of service for 1/28/77 hearing in Miami, Florida |
| 1/26/77 | | WAIVER OF ORAL ARGUMENT - Defendant Baltimore County, Maryland. 1/28/77 hearing in Miami, Florida |
| 1/28/77 | | WAIVER OF ORAL ARGUMENT - Defendant County of Multnomah, State of Oregon w/cert. of service for hearing 1/28/77 in Miami, Fl. |
| 1/28/77 | | WAIVER OF ORAL ARGUMENT - The State of Maryland defendants for 1/28/77 hearing in Miami, Fl. |
| 1/28/77 | | REPLY BRIEF -- The Idaho Assoc. of Naturopathic Physicians, Inc., et.al. w/cert. of service filed in 1/28/77 hearing in Miami, Fl. |
| 8/8/77 | | OPINION AND ORDER -- Transferring Actions to the D. Maryland for assignment to Judge Joseph H. Young |
| 8/8/77 | | CONSENT OF TRANSFEREE COURT -- for Judge Joseph H. Young to handle litigation in the D. Maryland under 28 U.S.C. §1407 |

DOCKET NO. 284 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE THE PRACTICE OF NATUROPATHY LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s) 1/28/77

Consolidation Ordered 8/8/77          Consolidation Denied _____

Opinion and/or Order _____

Citation _____

Transferee District  O. MARYLAND.       Transferee Judge  Joseph H. Young

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Idaho Association of Naturopathic Physicians, Inc., et al. v. United States Food and Drug Administration, et al. | D. Alaska Fitzgerald | A76-237-Civ | 8/8/77 | Y-77-1378 | 11/20/79 D | |
| A-2 | Idaho Association of Naturopathic Physicians, Inc., et al. v. United States Food and Drug Administration, et al. | D. Ariz. ~~Craig~~ Copple | Civ 76-641-WPC | 8/8/77 | Y-77-1392 | 11/20/79 D | |
| A-3 | Idaho Association of Naturopathic Physicians, Inc., et al. v. United States Food and Drug Administration, et al. | C.D.Cal ~~Takasugi~~ Takasugi | cv76-2901-RMT | 8/8/77 | Y-77-1406 | 11/20/79 D | |
| A-4 | Idaho Association of Naturopathic Physicians, Inc., et al. v. United States Food and Drug Administration, et al. | D. Colo. Matsch | 76-M-895 | 8/8/77 | Y-77-1474 | 11/20/79 D | |
| A-5 | Idaho Association of Naturopathic Physicians, Inc., et al. v. United States Food and Drug Administration, et al. | D. Con Clarie | H76/365 | 8/8/77 | Y-77-1501 | 11/20/79 D | |
| A-6 | Idaho Association of Naturopathic Physicians, Inc., et al. v. United States Food and Drug Administration, et al. | S.D.Fla. Hoeveler | 76-6402-Civ-WH | 8/8/77 | Y-77-1698 | 11/20/79 D | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-7 | Idaho Association of Naturopathic Physicians, Inc., et al. v. United States Food and Drug Administration, et al. | S.D.GA Lawrence | CV476-235 | 8/8/77 | Y-77-366 | 11/20/79 D | |
| A-8 | Idaho Association of Naturopathic Physicians, Inc., et al. v. United States Food and Drug Administration, et al. | D. HI King | 76-0330 | 8/8/77 | Y-77-1526 | 11/20/79 D | |
| A-9 | Idaho Association of Naturopathic Physicians, Inc., et al. v. United States Food and Drug Administration, et al. | D. Idaho Callister | Civ 1-76-176 | 8/8/77 | Y-77-1376 | 11/20/79 D | |
| A-10 | Idaho Association of Naturopathic Physicians, Inc., et al. v. United States Food and Drug Administration, et al. | D. MD Young | Y76-1375 | | | 11/20/79 D | |
| A-11 | Idaho Association of Naturopathic Physicians, Inc., et al. v. United States Food and Drug Administration, et al. | D. Mass Murray | 76-3284-M | 8/8/77 | Y-77-1364 | 11/20/79 D | |
| A-12 | Idaho Association of Naturopathic Physicians, Inc., et al. v. United States Food and Drug Administration, et al. | E.D. Mich Joiner | 671853 | 8/8/77 | Y-77-1522 | 11/20/79 D | |
| A-13 | Idaho Association of Naturopathic Physicians, Inc., et al. v. United States Food and Drug Administration, et al. | D. Minn Alsop | Civ 3-76-342 | 8/8/77 | Y-77-1408 | 11/20/79 D | |
| A-14 | Idaho Association of Naturopathic Physicians, Inc., et al. v. United States Food and Drug Administration, et al. | S.D. Miss Russel | J76-265(R) | 8/8/77 | Y-77-1365 | 11/20/79 D | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-15 | Idaho Association of Naturopathic Physicians, Inc., et al. v. United States Food and Drug Administration, et al. | W D. MO Oliver | 76CV562-W-1 | 8/8/77 | Y-77-1362 | 11/20/79 D | |
| A-16 | Idaho Association of Naturopathic Physicians, Inc., et al. v. United States Food and Drug Administration, et al. | D. Mont. Battin | CV76-115-BLG | 8/8/77 | Y-77-1407 | 11/20/79 D | |
| A-17 | Idaho Association of Naturopathic Physicians, Inc., et al. v. United States Food and Drug Administration, et al. | D. Nev Foley | LV-76-166-RDF | 8/8/77 | Y-77-1391 | 11/20/79 D | |
| A-18 | Idaho Association of Naturopathic Physicians, Inc., et al. v. United States Food and Drug Administration, et al. | S.D.N.Y. Pierce | 76Civ4061 | 8/8/77 | Y-77-1481 | 11/20/79 D | |
| A-19 | Idaho Association of Naturopathic Physicians, Inc., et al. v. United States Food and Drug Administration, et al. | W.D.N.C. Jones | A-C-76-145 | 8/8/77 | Y-77-1453 | 11/20/79 D | |
| A-20 | Idaho Association of Naturopathic Physicians, Inc., et al. v. United States Food and Drug Administration, et al. | D. Org Belloni | 76-788 | 8/8/77 | Y-77-1363 | 11/20/79 D | |
| A-21 | Idaho Association of Naturopathic Physicians, Inc., et al. v. United States Food and Drug Administration, et al. | M.D.Pa. Herman | Civ76-1168 | 8/8/77 | Y-77-1377 | 11/20/79 D | |
| A-22 | Idaho Association of Naturopathic Physicians, Inc., et al. v. United States Food and Drug Administration, et al. | D.S.C. Hemphill | 76-1674 | 8/8/77 | Y-77-1351 | 11/20/79 D | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-23 | Idaho Association of Naturopathic Physicians, Inc., et al. v. United States Food and Drug Administration, et al. | E.D.Tenn Wilson | 1-77-203 | 8/8/77 | Y-77-1410 | 11/20/79 D | |
| A-24 | Idaho Association of Naturopathic Physicians, Inc., et al. v. United States Food and Drug Administration, et al. | N.D.Tex Porter | CA3-76-1325-F | 8/8/77 | Y-77-1409 | 11/20/79 D | |
| A-25 | Idaho Association of Naturopathic Physicians, Inc., et al. v. United States Food and Drug Administration, et al. | D. Utah Ritter | C-76-289 | 8/8/77 | Y-77-1411 | 11/20/79 D | |
| A-26 | Idaho Association of Naturopathic Physicians, Inc., et al. v. United States Food and Drug Administration, et al. | W.D.Wash Voorhees | C76-627V | 8/8/77 | Y-77-1679 | 11/20/79 D | |
| A-27 | Idaho Association of Naturopathic Physicians, Inc., et al. v. United States Food and Drug Administration, et al. | E.D.Wisc Gordon | 76-C-647 | 8/8/77 | Y77-1454 | 11/20/79 D | |
| A-28 | Idaho Association of Naturopathic Physicians, Inc., et al. v. United States Food and Drug Administration, et al. | D. Wyo. Brimmer | C76-168 | 8/8/77 | Y-77-1380 | 11/20/79 D | |
| A-29 | Idaho Association of Naturopathic Physicians, Inc., et al. v. United States Food and Drug Administration, et al. | N.D.Ill Grady | 76C3323 | 8/8/77 | Y-77-1379 | 11/20/79 D | |
| A-30 | Idaho Association of Naturopathic Physicians, Inc., et al. v. United States Food and Drug Administration, et al. | D. Kan Rodgers | 76-143-C5 | 8/8/77 | Y-77-1666 | 11/20/79 D | |

july 1979 - 29 TR / 1 XYZ / 30 Ping

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 284 -- IN RE THE PRACTICE OF NATUROPATHY LITIGATION

---

IDAHO ASSOCIATION OF NATUROPATHIC
PHYSICIANS, INC., ET AL.(A-1 thru A-30)
Stanley D. Crow, Esquire
Post Office Box 972
Boise, Idaho 83701

U. S. FOOD & DRUG ADMINISTRATION
U. S. DEPARTMENT OF HEALTH, EDUCATION
   AND WELFARE
DAVID MATHEWS, as SECRETARY OF THE
   DEPARTMENT OF HEALTH, EDUCATION AND
   WELFARE
UNITED STATES OF AMERICA
Lewis Wise, Esquire
General Litigation Section
Civil Division
Department of Justice
Washington, D.C. 20530

STATE OF ALASKA
BOARD OF PHARMACY OF THE STATE OF ALASKA
STATE MEDICAL BOARD OF THE STATE OF ALASKA
DEPT. OF HEALTH & SOCIAL SERVICES OF
   THE STATE OF ALASKA
Bruce M. Botelho, Esq.
Asst. Attorney General
Pouch K
Juneau, Alaska 99811

MUNICIPALITY OF ANCHORAGE (formerly
   GREATER ANCHORAGE BOROUGH)
A. E. Tesche, Esquire
Municipality of Anchorage
Office of the Municipal
   Attorney
Pouch 6-650
Anchorage, Alaska 99502

THE STATE OF ARIZONA; THE COUNTIES
OF PIMA, MARICOPA, YAVAPIA, AND YUMA;
THE ARIZONA STATE BOARD OF PHARMACY;
THE ARIZONA STATE BOARD OF MEDICAL
EXAMINERS; THE ARIZONA STATE
NATUROPATHIC BOARD OF EXAMINERS;
SUZANNE DANDOY, DIRECTOR OF THE
ARIZONA STATE DEPT. OF HEALTH
SERVICES; JON COUNTS, CHIEF OF THE
BUREAU OF DISEASE CONTROL AND
LABORATORY SERVICES
Bruce E. Babbitt, Esq.
Ofc. of the Attorney General
for the State of Arizona
200 State Capitol Bldg.
Phoenix, Arizona 85007

ARIZONA STATE BOARD OF PHARMACY
Loren K. West, Assistant Secretary
Alfred Duncan, Executive Secretary
1645 W. Jefferson
Phoenix, Arizona 85007

ARIZONA STATE BOARD OF MEDICAL EXAMINERS
Noreen Bunyun
Administrative Secretary
810 W. Bethany Home Road
Phoenix, Arizona 85013

JPML FORM 4A -- Continuation

Panel Attorney Service List. -- p. 2

DOCKET NO. 284 -- IN RE THE PRACTICE OF NATUROPATHY LITIGATION

---

SUZANNE DANDOY, as DIRECTOR OF THE ARIZONA
  STATE DEPT. OF HEALTH SERVICES
Suzanne Dandoy
Director, Arizona State Dept. of Health
  Services
1740 West Adams
Phoenix, Arizona   85007

JOHN COUNT, as CHIEF OF THE BUREAU OF
  DISEASE CONTROL & LABORATORY SERVICES
John Count
Chief, Bureau of Disease Control and
  Laboratory Services
1520 West Adams
Phoenix, Arizona   85007


YUMA COUNTY
Nefa J. Bowman
Clerk of Board, Yuma County
168 S. 2nd Avenue
Yuma, Arizona

ARIZONA STATE NATUROPATHIC BOARD
  OF EXAMINERS
Dr. Robert E. Redding
Executive Secretary
5338 North 7th Avenue
Phoenix, Arizona   85013


STATE OF CALIFORNIA
CALIFORNIA STATE BOARD OF PHARMACY
CALIFORNIA STATE BOARD OF MEDICAL
  QUALITY ASSURANCE
Donald A. Goldman, Esquire
Deputy Attorney General
800 Tishman Building
3580 Wilshire Boulevard
Los Angeles, California   90010

COUNTY OF FRESNO
Robert M. Wash, County Counsel
Max E. Robinson, Asst. Cnty Counsel
Rm. 304, Hall of Records
2281 Tulare Street
Fresno, California   93721

COUNTY OF LOS ANGELES
Daniel D. Mikesell, Jr., Esq.
Office of County Counsel
648 Hall of Administration
500 W. Temple Street
Los Angeles, California   90012

COUNTY OF SAN DIEGO
Robert C. Rice, Esquire
Deputy County Counsel
355 County Administration Center
San Diego, California  92101

COUNTY OF VENTURA
Mark A. Zirbel, Esquire
Asst. County Counsel
501 Poli, Room 316
Ventura, California   93001

STATE OF COLORADO
COLORADO STATE BOARD OF MEDICAL EXAMINERS
COLORADO STATE BOARD OF PHARMACY
ARAPAHOE COUNTY
BOULDER COUNTY
Gary B. Blum, Esquire
Asst. Attorney General
State Services Building
1525 Sherman St. - 4th Floor
Denver, Colorado   80203

STATE OF CONNECTICUT
FAIRFIELD COUNTY
CONNECTICUT COMMISSION OF PHARMACY
CONNECTICUT MEDICAL EXAMINING BOARD
CONNECTICUT HEALTH DEPARTMENT
Robert E. Walsh, Esquire
Asst. Attorney General
Post Office Box 120
Hartford, Connecticut   06101

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 3

DOCKET NO. 284 -- IN RE THE PRACTICE OF NATUROPATHY LITIGATION

| | |
|---|---|
| STATE OF FLORIDA<br>FLORIDA STATE BOARD OF NATUROPATHIC<br>  EXAMINERS<br>Betty Steffens, Esquire<br>Attorney General's Office<br>Rm. 102, Bloxham Building<br>725 South Calhoun Street<br>Tallahassee, Florida 32304<br><br>FLORIDA BOARD OF PHARMACY<br>FLORIDA STATE BOARD OF MEDICAL EXAMINERS<br>Michael I. Schwartz, Esquire<br>Slepin & Schwartz<br>Suite 201, Ellis Building<br>1311 Executive Center Drive<br>Tallahassee, Florida 32301<br><br>BROWARD COUNTY<br>Constance R. Nutaro, Esquire<br>Assistant General Counsel for Broward<br>Rm. 248, 201 S.E. 6th Street<br>Ft. Lauderdale, Florida 33301<br><br>DADE COUNTY<br>Amy N. Dean, Esquire<br>Assistant County Attorney<br>1611 N.W. 12th Avenue -<br> West Wing Suite C-108<br>Miami, Florida 33136<br><br>STATE OF GEORGIA<br>GEORGIA STATE BOARD OF PHARMACY<br>COMPOSITE STATE BOARD OF MEDICAL EXAMINERS<br>Melvin M. Goldstein, Esquire<br>132 State Judicial Building<br>Atlanta, Georgia 30334<br><br>CHATHAM COUNTY<br>Anton F. Solms, Jr., Esquire<br>32 East Bay Street<br>P.O. Box 10085<br>Savannah, Georgia 31402 | STATE OF HAWAII<br>Hon. Ronald Y. Ameniya<br>Attorney General<br>State Capitol<br>Honolulu, Hawaii<br><br>HAWAII STATE BOARD OF PHARMACY<br>HAWAII STATE BOARD OF MEDICAL EXAMINERS<br>HAWAII STATE NATUROPATHIC BOARD OF<br>  MEDICAL EXAMINERS<br>Dick O. Okaji, Administrator<br>1010 Richard Street<br>Honolulu, Hawaii 96813<br><br>STATE OF IDAHO<br>IDAHO STATE BOARD OF PHARMACY<br>IDAHO STATE BOARD OF MEDICINE<br>ADA COUNTY<br>KOOTENAI COUNTY<br>BONNER COUNTY<br>TWIN FALLS COUNTY<br>CASSIA COUNTY<br>BONNEVILLE COUNTY<br>BANNOCK COUNTY<br>CANYON COUNTY<br>SHOSHONE COUNTY<br>BINGHAM COUNTY<br>IDAHO COUNTY<br>IDAHO STATE DEPARTMENT OF HEALTH & WELFARE<br>Lynn E. Thomas, Esquire<br>Deputy Attorney General<br>State of Idaho<br>Statehouse<br>Boise, Idaho 83720<br><br>STATE OF MARYLAND<br>MARYLAND STATE BOARD OF PHARMACY<br>MARYLAND DEPT. OF HEALTH & MENTAL HYGIENE<br>MARYLAND DEPT. OF LICENSING & REGULATION<br>Paul Walter, Esquire<br>Assistant Attorney General<br>201 W. Preston St., 5th Floor<br>Baltimore, Maryland 21201 |

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __4__

DOCKET NO. __284__ -- IN RE THE PRACTICE OF NATUROPATHY LITIGATION

BALTIMORE COUNTY
Paul Mark Sandler, Esquire
County Solicitor's Office
County Office Building
Towson, Maryland 21204

COMMONWEALTH OF MASSACHUSETTS
MASSACHUSETTS BOARD OF REGISTRATION AND
   DISCIPLINE IN MEDICINE
MASSACHUSETTS DEPT. OF PUBLIC HEALTH
MASSACHUSETTS BOARD OF REGISTRATION IN
   PHARMACY
Garrick F. Cole, Esquire
Assistant Attorney General
Government Bureau
Dept. of the Attorney General
One Ashburton Place
Boston, Massachusetts 02108

STATE OF MICHIGAN
DEPT. OF LICENSING AND REGULATION
BOARD OF PHARMACY
Howard C. Marderosian, Esq.
Asst. Attorney General
620 Law Building
525 West Ottawa Street
Lansing, Michigan 48913

STATE OF MINNESOTA
BLUE EARTH COUNTY
MINNESOTA BOARD OF PHARMACY
MINNESOTA BOARD OF MEDICAL EXAMINERS
John A. Breviu, Esquire
Special Asst. Attorney General
232 Minnesota Health Dept. Bldg.
717 Delaware Street Southeast
Minneapolis, Minnesota 55440

HENNEPIN COUNTY
David A. Olson, Esquire
Assistant County Attorney
2000 Government Center
Minneapolis, Minnesota 55487

WASHINGTON COUNTY
Douglas G. Swenson, Esquire
Assistant County Attorney
Washington County Courthouse
Stillwater, Minnesota 55082

STATE OF MISSISSIPPI
MISSISSIPPI STATE BOARD OF PHARMACY
MISSISSIPPI STATE BOARD OF HEALTH,
   BUREAU OF LICENSURE AND CERTIFICATION
JONES COUNTY
JASPER COUNTY
Thomas E. Childs, Jr., Esquire
Special Asst. Attorney General
Post Office Box 220
Jackson, Mississippi 39205

STATE OF MISSOURI
MISSOURI STATE BOARD OF NARCOTICS
   AND DANGEROUS DRUGS
MISSOURI BOARD OF REGISTRATION FOR
   THE HEALING ARTS
MISSOURI BOARD OF PHARMACY
J. Paul Allred, Jr., Esq.
Assistant Attorney General
Post Office Box 899
Jefferson City, Missouri

JACKSON COUNTY
Russell D. Jacobson, Esquire
Associate County Counselor
Jackson County Courthouse
415 East 12th Street
Kansas City, Missouri 64106

```
JPML FORM 4A -- Continuation
                                    Panel Attorney Service List -- p.  5

DOCKET NO. 284    --  IN RE THE PRACTICE OF NATUROPATHY LITIGATION
```

| | |
|---|---|
| STATE OF MONTANA<br>MONTANA STATE BOARD OF HEALTH AND ENVIRONMENTAL SCIENCES<br>MONTANA STATE BOARD OF MEDICAL EXAMINERS<br>Jon P. Poston, Esquire<br>Special Asst. Attorney General for State of Montana<br>2225 11th Ave., #21<br>Helena, Montana  59601 | IREDELL COUNTY<br>William R. Pope, Esquire<br>Pope, Brawley and Doughton<br>Post Office Box 27<br>Mooresville, North Carolina  28115  ~~(crossed out)~~<br><br>FORSYTH COUNTY<br>P. Eugene Price, Jr., Esquire<br>County Attorney's Office<br>Forsyth County Hall of Justice<br>Winston-Salem, North Carolina  27101  ~~(crossed out)~~ |
| YELLOWSTONE COUNTY<br>Harold F. Hanser, Esquire<br>Yellowstone County Courthouse<br>Billings, Montana  59101 | HENDERSON COUNTY<br>W. Harley Stepp, Jr., Esquire<br>112 S. Main Street<br>Hendersonville, North Carolina  28739  ~~(crossed out)~~ |
| STATE OF NEVADA<br>NEVADA STATE BOARD OF MEDICAL EXAMINERS<br>NEVADA STATE BOARD OF PHARMACY<br>William E. Isaeff, Esquire<br>Deputy Attorney General<br>Supreme Court Building<br>Carson City, Nevada  89710 | NORTH CAROLINA BOARD OF PHARMACY<br>Kenneth Wooten, Jr., Esquire<br>Bailey, Dixon, Wooten, McDonald & Fountain<br>Post Office Box 2246<br>Raleigh, North Carolina 27602  ~~(crossed out)~~ |
| STATE OF NEW YORK<br>NEW YORK STATE BOARD OF PHARMACY<br>NEW YORK BOARD OF EXAMINERS FOR MEDICINE<br>NEW YORK STATE DEPARTMENT OF HEALTH<br>Emanuel Kay, Esquire<br>Assistant Attorney General<br>Litigation Bureau<br>2 World Trade Center<br>New York, New York  10047 | NORTH CAROLINA STATE BOARD OF MEDICAL EXAMINERS<br>John H. Anderson, Esquire<br>Smith, Anderson, Blount & Mitchell<br>Post Office Box 750<br>Raleigh, North Carolina  27601  ~~(crossed out)~~ |
| ~~STATE OF NORTH CAROLINA<br>Isaac T. Avery, III, Esquire<br>Associate Attorney<br>N. C. Department of Justice<br>Post Office Box 629<br>Raleigh, North Carolina  27602~~ (crossed out) | STATE OF OREGON<br>OREGON STATE BOARD OF PHARMACY<br>OREGON STATE BOARD OF MEDICAL EXAMINERS<br>OREGON NATUROPATHIC BOARD OF EXAMINERS<br>Timothy Norwood, Esquire<br>Assistant Attorney General<br>100 State Office Building<br>Salem, Oregon  97310 |
| | MARION COUNTY<br>Frank McKinney, Esquire<br>Marion County Courthouse<br>Salem, Oregon  97301  ~~(crossed out)~~ |

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 6

DOCKET NO. 284 -- IN RE THE PRACTICE OF NATUROPATHY LITIGATION

---

WASHINGTON COUNTY
John Junkin, Esquire
Washington County
150 N. First Avenue
Hillsboro, Oregon 97123

LANE COUNTY
Helen Kallil, Esquire
Lane County
150 Lane County Courthouse
Eugene, Oregon 97401

MULTNOMAH COUNTY
George M. Joseph, Esq.
Charles Evans, Esq.
710 Multnomah County Courthouse
Portland, Oregon 97204

DOUGLAS COUNTY
Paul Nolte, Esquire
County Counsel
Post Office Box 1006
Roseburg, Oregon 97470

COLUMBIA COUNTY
John Hunnicutt, Esquire
1905 Columbia Boulevard
P.O. Box 1013
St. Helens, Oregon 97051

COMMONWEALTH OF PENNSYLVANIA
PENNSYLVANIA STATE BOARD OF PHARMACY
PENNSYLVANIA STATE BOARD OF MEDICAL
   EDUCATION AND LICENSURE
Melvin R. Shuster, Esquire
Deputy Attorney General
Department of Justice
Capitol Annex Building
Harrisburg, Pennsylvania 17120

ALLEGHENY COUNTY
Frank Tuplin, Esquire
Asst. County Solicitor
919 Jones Law Annex Building
Pittsburgh, Pennsylvania 15219

CAMERON COUNTY
Edwin W. Tompkins, II, Esquire
Cameron County Solicitor
23 E. 4th Street
Emporium, Pennsylvania 15834

STATE OF SOUTH CAROLINA
LEXINGTON COUNTY
SOUTH CAROLINA STATE BOARD OF MEDICAL
   EXAMINERS
SOUTH CAROLINA STATE BOARD OF PHARMA-
   CEUTICAL EXAMINERS
Kenneth L. Childs, Esquire
Asst. Attorney General
S. C. Attorney General's Office
Post Office Box 11549
Columbia, South Carolina 29211

STATE OF TENNESSEE
TENNESSEE BOARD OF MEDICAL EXAMINERS
TENNESSEE BOARD OF PHARMACY
Frank J. Scanlon, Esquire
Asst. Attorney General
State of Tennessee
450 James Robertson Parkway - Rm. 201
Nashville, Tennessee 37219

STATE OF TEXAS
TEXAS STATE BOARD OF MEDICAL EXAMINERS
TEXAS STATE BOARD OF PHARMACY
Bill Campbell, Esquire
Asst. Attorney General
Post Office Box 12548
Austin, Texas 78711

DALLAS COUNTY
COUNTY COMMISSIONERS (DAVID PICKETT,
   JIM JACKSON, JIM TYSON & ROY ORR)
COUNTY JUDGE, JOHN WHITTINGTON
William H. Pool, Esquire
Asst. District Attorney
County of Dallas, Texas
620 Records Building
Dallas, Texas 75202

COUNTY OF POTTER
COUNTY COMMISSIONERS (Thad Ansley, ROBERT
   S. HICKS, DEAN WEBB & TOM BURSEY)
COUNTY JUDGE, BRANCH T. ARCHER
Samuel C. Kiser, Esquire
Asst. County Attorney
303 Potter County Courthouse
Amarillo, Texas 79101

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 7

DOCKET NO. 284 -- IN RE THE PRACTICE OF NATUROPATHY LITIGATION

---

STATE OF UTAH
UTAH COUNTY
UTAH STATE BOARD OF MEDICAL EXAMINERS
UTAH DEPARTMENT OF BUSINESS REGULATION
UTAH STATE DIVISION OF HEALTH
UTAH STATE BOARD OF PHARMACY
Joseph P. McCarthy, Esquire
Asst. Attorney General
236 State Capitol Building
Salt Lake City, Utah  84111

THE STATE OF WASHINGTON
WASHINGTON BOARD OF PHARMACY
PROFESSIONAL LICENSING DIVISION OF THE
  BUSINESS & PROFESSIONS ADMINISTRATION
John H. Keith, Esquire
Asst. Attorney General
Fifth Floor, Licenses Building
Olympia, Washington  98504

KING COUNTY
Thomas A. Goeltz, Esquire
Deputy Prosecuting Attorney
King County Prosecutor's Office
W558 King County Court House
Seattle, Washington  98104

SPOKANE COUNTY
Garald A. Gesinger, Esquire
Deputy Prosecuting Attorney
W. 1100 Mallon
Spokane, Washington  99201

CLARK COUNTY
R. A. Monaghan, Esquire
Deputy Prosecuting Attorney
301 Court House
Vancouver, Washington  98663

SNOHOMISH COUNTY
Eugene Butler, Esquire
Deputy Prosecuting Attorney
Snohomish County Courthouse
Everett, Washington  98201

PIERCE COUNTY
Don Herron, Esquire
Prosecuting Attorney
946 County City Building
Tacoma, Washington  98402

STATE OF WISCONSIN
WISCONSIN STATE BOARD OF PHARMACY
MEDICAL EXAMINING BOARD OF WISCONSIN
William H. Wilker, Esquire
Asst. Attorney General
Department of Justice
114 East, State Capitol
Madison, Wisconsin  53702

STATE OF WYOMING
WYOMING STATE BOARD OF PHARMACY
WYOMING STATE BOARD OF MEDICAL EXAMINERS
WYOMING DEPARTMENT OF HEALTH AND
  SOCIAL SERVICES
Charles J. Carroll, Esquire
  Deputy Attorney General
Craig Newman, Esquire
Kenneth Vines, Esquire
  Asst. Attorneys General
123 Capitol Building
Cheyenne, Wyoming  82002

NOTE: ACTIONS LISTED AS FILED IN THE NORTHERN DISTRICT OF ILLINOIS AND THE DISTRICT OF KANSAS HAVE NOT BEEN PROPERLY FILED ACCORDING TO THE U.S. DISTRICT COURT CLERK'S OFFICES. CONSEQUENTLY, COUNSEL FOR THOSE PARTIES ARE NOT INCLUDED HEREIN.